UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YANGCHUN WANG,

                    Plaintiff,            25-cv-9460 (JGK)

        - against -                       ORDER

KENNETH GENALO, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

    Any reply in support of the petition should be filed by

December 4, 2025.


SO ORDERED.

Dated:    New York, New York
          December 1, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge